```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772
```

**FILED**

MAY 1 4 2009


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-MJ-156 |
| Plaintiff, | SEALING ORDER (Under Seal) |
| v. | |
| NAZIRA MARIA CROSS, | |
| Defendant. | |

The Court hereby orders that the Complaint, in the above-referenced matter, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: May 14, 2009

GREGORY G. HOLLOWS
United States Magistrate Judge

1