```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
```



FILED

NOV - 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:09-MJ 156 GGH |
|---|---|
| Plaintiff, | ) |
| v. | ) PLAINTIFF'S MOTION TO UNSEAL<br>) CRIMINAL COMPLAINT AND ORDER<br>) ISSUED THEREON |
| NAZIRA MARIA CROSS, | ) |
| Defendant. | ) |

Whereas, the United States of America obtained a Criminal Complaint and a Warrant For Arrest from this Court on or about May 14, 2009, in this action alleging that defendant Nazira Maria Cross did engage in flight in interstate or foreign commerce with intent to avoid prosecution for a violation of California Penal Code Section 187(a), murder;

Whereas, at the time the Criminal Complaint was issued, the Court sealed the Criminal Complaint and Warrant For Arrest at the request of the United States to help facilitate defendant's capture;

Whereas, the law enforcement authorities involved in the attempt to apprehend defendant now desire to publicize defendant's

fugitive status and the warrant issued for her arrest in order to obtain the assistance of the public in effecting defendant's apprehension,

The United States hereby moves that the Court order that the previously sealed Criminal Complaint and Arrest Warrant be unsealed.

DATED: November 5, 2009

LAWRENCE G. BROWN
United States Attorney

/s/ Samuel Wong

By: _____
SAMUEL WONG
Assistant U.S. Attorney

## ORDER

The Court having received, read, and considered the United States' motion to unseal the Criminal Complaint and Warrant For Arrest in this case, and good cause appearing therefrom,

It is hereby ORDERED that the United States' motion is GRANTED and that the Criminal Complaint and Warrant For Arrest shall be unsealed by the Clerk of the Court.

DATED: November 5, 2009

_____
DALE A. DROZD
United States Magistrate Judge